IN the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK,

by JESSE S. PHILLIPS, as Superintendent of Insurance of the State of New York, etc.   (CASUALTY COMPANY OF AMERICA.) — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.